UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE M., et al., | Case No. 22-cv-06149-JST |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL UPON SETTLEMENT** |
| SUTTER WEST BAY MEDICAL GROUP HEALTH AND WELFARE, et al., | Re: ECF No. 70 |
| Defendants. | |

The parties have filed a joint notice of settlement. ECF No. 70. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 45 days of the date of this order.

**IT IS SO ORDERED**.

Dated: April 18, 2024

JON S. TIGAR
United States District Judge